IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHNNY PLUMMER, #41080**                                                                      **PLAINTIFF**

**VERSUS**                                                    **CIVIL ACTION NO. 4:08-cv-33-DPJ-JCS**

**LARRY E. ROBERTS, VELDORE YOUNG
AND LISA HOWELL**                                                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE